# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HENRY STURGEON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>MICHAEL P. HUERTA,<br><br>　　　　Respondent. | Case No. 1:13-cv-01318-AWI-SAB<br><br>ORDER REFERRING PENDING MOTION TO DISMISS TO MAGISTRATE JUDGE STANLEY A. BOONE |

On November 14, 2013, Respondent Michael P. Huerta filed a motion to dismiss. (ECF No. 7.) The motion is currently set to be heard on December 16, 2013 at 1:30 p.m. in Courtroom 2 (AWI).

The Court has reviewed the pending motion, and due to the Court's impacted docket and priority of criminal cases over civil matters, the Court finds that the pending motion should be referred to Magistrate Judge Stanley A. Boone for entry of Findings and Recommendations pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72.

Accordingly, it is HEREBY ORDERED that:

1. The pending motion to dismiss is REFERRED to Magistrate Judge Stanley A. Boone;
2. The hearing scheduled for December 16, 2013 at 1:30 p.m. in Courtroom 2 (AWI) before District Judge Anthony W. Ishii is VACATED; and

1

3. The parties are hereby informed that Magistrate Judge Stanley A. Boone's Chambers will set a new hearing date at the Court's convenience.

IT IS SO ORDERED.

Dated: November 15, 2013

SENIOR DISTRICT JUDGE