# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HENRY STURGEON,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL P. HUERTA,<br><br>    Defendant. | Case No.  1:13-cv-01318-AWI-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>February 18, 2014<br>3:00 p.m.<br>Courtroom 9 (SAB) |

A scheduling conference is set in this action for November 26, 2013 in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone.  However, in light of the pending motion to dismiss, the Court will continue the scheduling conference to February 18, 2014 at 3:00 p.m. The parties shall file their Joint Scheduling Conference Statement at least seven (7) days prior to the continued date.

Based upon the foregoing, it is HEREBY ORDERED that the scheduling conference on November 26, 2013 is VACATED and rescheduled for February 18, 2014 at 3:00 p.m in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:   **November 18, 2013**

UNITED STATES MAGISTRATE JUDGE

1