# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HENRY STURGEON, | Case No. 1:13-cv-01318-AWI-SAB |
| Petitioner, | ORDER VACATING DECEMBER 18, 2013 HEARING ON MOTION TO DISMISS |
| v. | |
| MICHAEL P. HUERTA, | |
| Respondent. | |

On November 14, 2013, Respondent Michael P. Huerta filed a motion to dismiss. (ECF No. 7.) The motion is currently set to be heard on December 18, 2013 before the undersigned. Pursuant to Local Rule 230(g), the Court finds that the matter is suitable for decision without oral argument. Accordingly, the matter is deemed submitted upon the record and briefs on file.

Based upon the foregoing, it is HEREBY ORDERED that the hearing on Respondent's motion to dismiss scheduled for December 18, 2013 at 9:30 a.m. in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone is VACATED and the parties shall not appear at that time.

IT IS SO ORDERED.

Dated:   **December 16, 2013**

UNITED STATES MAGISTRATE JUDGE

1